UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE GARRETTE,

    Plaintiff,

v.                                                          CASE NO.  8:12-CV-1587-T-17MAP

REGIONAL COUNSEL STATE
PROSECUTOR JOSEPH POLZAK
THE HONORABLE JUDGE KRUG,

    Defendants.

_____/

ORDER

    This cause is before the Court <u>sua sponte</u>.  In the Complaint, Plaintiff Denise Garrette seeks a writ of prohibition directed to pending criminal proceedings against Plaintiff in Manatee County Circuit Court.  Plaintiff Garrette alleges:

> "Defendant(s) Judge Krug, Regional Attorney John Bruhn and Joseph Polzak are conducting a prosecution in bad faith in attempt to place Plaintiff/Defendant in a mental institution to continue to conceal what Plaintiff/Defendant reasonably believes is that a medical experiment is being conducted upon Plaintiff/Defendant without consent by Dr. Karp and Dr. Sweeny of Southeastern Spine Center and Research Institute."

(Dkt. 1, p. 1).  Plaintiff further alleges:

> "Plaintiff reasonably believes that the State Officers in this case are conspiring to commit Plaintiff/Defendant to a mental institution and force medication to conceal the implants that were performed during a surgical procedure by Dr. Karp and Dr. Sweeny without consent and Plaintiff/Defendant knowledge."

Case No. 8:12-CV-1587-T-17MAP

(Dkt. 1, p. 4).

In the request for relief, Plaintiff requests that this Court find that Defendants violated the First Amendment when Plaintiff was separated from her child at the time of the initial Baker Act (involuntary commitment), and violated Plaintiff's Fourth Amendment right when Plaintiff was arrested in her home without probable cause and where no danger or imminent harm existed.  (Dkt. 1, p. 10).

In the Complaint, Plaintiff has included a description of the proceedings in Manatee County Circuit Court.  Plaintiff relies on Ex Parte Young, 209 U.S. 123 (1908) as "the fountainhead of federal injunctions against state prosecutions."  The Court takes judicial notice of the pending criminal case in Manatee County Circuit Court, Case No. 41 2010 CF 001830.  What the Court understands from Plaintiff's Complaint is that Plaintiff is seeking an injunction to stop the pending proceedings in Manatee County Circuit Court.

Younger abstention precludes federal courts from exercising jurisdiction over cases aimed at restraining state criminal actions.  For Your Eyes Alone, Inc. v. City of Columbus, Georgia, 281 F.3d 1209 (11th Cir. 2002)(citing Younger v. Harris, 401 U.S. 37 (1971)).  At this time there is a pending criminal case against Plaintiff Denise Garrette, and any injunction entered in this case would interfere with the state prosecution.  The Court will therefore abstain from exercising its jurisdiction and will dismiss this case.  Accordingly, it is

**ORDERED** that this case is **dismissed without prejudice**.  The Clerk of Court shall close this case.

Case No. 8:12-CV-1587-T-17MAP

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 27th day of August, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record